IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Abrahan, Gerardo | Case Number: 04 B 23760 |
|---|---|---|
| | Abrahan, Gerasima | Judge: Wedoff, Eugene R |
| | Printed: 11/18/08 | Filed: 6/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 14, 2008
Confirmed: August 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,300.00 | |
| Secured: | | 9,642.14 |
| Unsecured: | | 2,151.02 |
| Priority: | | 0.00 |
| Administrative: | | 2,694.00 |
| Trustee Fee: | | 812.84 |
| Other Funds: | | 0.00 |
| Totals: | 15,300.00 | 15,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,694.00 | 2,694.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 9,642.14 | 9,642.14 |
| 3. | Resurgent Capital Services | Unsecured | 55.73 | 95.98 |
| 4. | ECast Settlement Corp | Unsecured | 88.05 | 151.55 |
| 5. | Resurgent Capital Services | Unsecured | 93.62 | 161.14 |
| 6. | Wells Fargo Fin Acceptance | Unsecured | 714.70 | 1,230.71 |
| 7. | Capital One | Unsecured | 79.36 | 136.60 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 75.00 | 0.00 |
| 9. | Plaza Finance Co. | Unsecured | 79.05 | 136.07 |
| 10. | Loan Express Company | Unsecured | 76.34 | 131.45 |
| 11. | Capital One | Unsecured | 62.44 | 107.52 |
| 12. | Household Bank FSB | Unsecured | | No Claim Filed |
| 13. | Unifund CCR Partners | Unsecured | | No Claim Filed |
| | | | $ 13,660.43 | $ 14,487.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 235.09 |
| 4% | 47.05 |
| 3% | 35.28 |
| 5.5% | 215.60 |
| 5% | 68.60 |
| 4.8% | 89.67 |
| 5.4% | 97.80 |
| 6.6% | 23.75 |
| | $ 812.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Abrahan, Gerardo | Case Number:  04 B 23760 |
| Abrahan, Gerasima | Judge:  Wedoff, Eugene R |
| Printed: 11/18/08 | Filed:  6/23/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

